```
1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   ILA C. DEISS, (NY SBN 3052909)
    Assistant United States Attorney
4
            450 Golden Gate Avenue, Box 36055
5           San Francisco, California 94102
            Telephone: (415) 436-7124
6           FAX: (415) 436-7169

7   JAYME BURNS
    Certified Student Attorney
8
    Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE CLEMENTS ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> JANET NAPOLITANO, Secretary, Department of Homeland Security; MICHAEL AYTES, Acting Deputy Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director, California Service Center, U.S.C.I.S.; HILLARY CLINTON, Secretary of State, <br><br> Defendants. | No. CV09-3417 SI <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Department of State has agreed to vacate the 1978 Certificate of Loss of Nationality, and accept and adjudicate a new properly completed passport application submitted by Plaintiff in the manner specified by separate notice.

The parties also ask that the Court vacate the November 13, 2009 hearing date on Defendants' Motion to Dismiss.

Stipulation to Dismiss; and Proposed Order
No. CV09-3417 SI

1 | Each of the parties shall bear their own costs and fees.

2 | Date: November 12, 2009                           Respectfully submitted,

3 |                                                  JOSEPH P. RUSSONIELLO
4 |                                                  United States Attorney

5 |
6 |                                                  _____/s/_____
                                                     ILA C. DEISS
7 |                                                  Assistant United States Attorney
                                                     Attorneys for Defendants
8 |

9 |                                                  _____/s/_____
   Date: November 12, 2009                           TERESA SALAZAR-COSMOS
10 |                                                 Attorney for Plaintiff

11 |
                                   **ORDER**
12 |
        Pursuant to stipulation, IT IS SO ORDERED.
13 |

14 |
                                                     _____[signature]_____
15 | Date:
                                                     SUSAN ILLSTON
16 |                                                 United States District Judge

17 |

18 |

19 | _____

20 |

...

Stipulation to Dismiss; and Proposed Order
No. CV09-3417 SI                        2